UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JUAN C. AVILA, | ) | No. CV 09-4286-PSG (PLA) |
|     Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| GRAY SANDOR, Acting Warden, | ) | |
|     Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 22, 2011

                                     HONORABLE PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE